UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TOMMIE SLACK,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, *et al.*,<br><br>    Defendants. | CASE NO. 2:23-CV-0689-RJB-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 9).

(2) Plaintiff's claims are dismissed without prejudice, and Plaintiff's motion to proceed *in forma pauperis* is denied as moot.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Grady J. Leupold.

**DATED** this 10th day of July, 2023.

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1